Ricardo Jose Calderón López
4325 Glencoe Ave., Ste. C9
ATT: General Delivery
Marina Del Rey, C.A. 90292
*Pro Se*
E-mail Address:
ricardocalderonlopez@outlook.com

FILED
CLERK, U.S. DISTRICT COURT
2/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO JOSE CALDERON LOPEZ, D/B/A STARLIGHT CONSULTING SERVICES**<br><br>**PLAINTIFF**<br><br>**vs.**<br><br>**STATE OF CALIFORNIA BAR ASSOCIATION; JACKSON LEWIS LLP**<br><br>**DEFENDANT** | **Case No.:** 2:25-cv-01445-JFW(MAAx)<br><br>**PERSONAL INJURY CLAIM** |

1

**HONORABLE DISTRICT COURT:**

Per **l.r. 3-1, civil code § 50**, **§ 2295** pursuant **28 U.S.C. § 1331-§ 1333(1)** the *pro se* plaintiffs' in the above captioned Personal Injury **§ 50** Respondeat Superior meaningful *alter ego* case moves the district court in a state cause of action matter ***Erickson V. Pardus***, **551 U.S. 89 (2007)(Per Curiam)** for financial compensation, from defendants, caused by conspiracy **18 U.S.C. § 241** from their members and/or employees aiding & abetting with the movants employers and landlords to benefit the organization. ***See Comcast V. Behrend,*** **569 U.S. 27 (2013),** ***Monell V. DPSS City of New York,*** **436 U.S. 658 (1978)**

Hon. Court, on February 3, 2006 plaintiff filed a wrongful termination claim against its prior employer in state of c.a. superior court-Santa Monica Courthouse, which was transferred to the Beverly Hills Courthouse ***Ricardo J. Calderon Lopez V. Finlay Fine Jewelry, Inc.,*** **No. SC088518**; however, ongoing conspiracy **§ 241** from unknowns servicing defendants State of C.A. Bar Association, here and after referred to as **Calbar (See Attorney Claims**-pending **#: 22-O-16372, 22-O-16373, 22-O-16375, 23-O-10377, 23-NA-11527, 24-O-21436, 24-O-21640, 24-O-21670)** and Jackson Lewis LLP personnel refused to confer prior to filing case documents **CCP § 2023.010(i)** or respond to judicial summon(s) served; on May 19, 2006 the plaintiff sought the entry of summary judgement. ***Travelers Indemnity Insurance Co. V. Rubin***, **209 Conn. 437 (Conn. 1988)**; consequently, on May 26, 2006 judge Lisa Hart Cole issued unconstitutional order naming plaintiff a Vexatious Litigant, Willfully-blocking the state venue.

1  District Court, on Nov. 1, 2021 plaintiffs' sough the removal of a Colorable

2  case filed in state court to district court *See Ricardo Jose Calderon Lopez et, al. V.*

3  *Soc. Sec.y Adm. et, al.*, **No. CV21-08627 CAS, 21STCV23978**; however, ongoing

4  conspiracy **§ 241** from state officers define by **28 U.S.C. § 2671(1)-**set &  maintain

5  a custom or policy of impending citizens access to court *Calderon V. Moore*, **518**

6  **U.S. 149 (1996)(Per Curiam)** in civil case(s) define by the prison litigation reform

7  act  **42 U.S.C. § 1997e** and under **§ 1997e(e)** emerging from multiple nucleus. *See*

8  *Napier V. Preslicka*, **331 F.3d 1189 (11ᵗʰ Cir. 2003),** *Castro V. United States*, **540**

9  **U.S. 375 (2003),** *Sullivan V. Louisiana*, **508 U.S. 275 (1993)**

10  Therefore, per CCP **§ 391.8(a)-(c)** plaintiffs respectfully requests tolling the

11  filing date and to remove the complainant from the state of c.a. judicial council list

12  of vexatious litigants. *See Collier V. City of Pasadena*, **142 Cal.App.3d 917 (Cal.**

13  **Ct. App. 1983),** *Wolfgram V. Wells Fargo Bank, supra*, **53 Cal.App.4th at pp.**

14  **61-62, fn. 11** and award a compensation of **$25,000,000.00 (Twenty Five Million**

15  **Dollars)** caused by willful conduct from defendant personnel **§ 2295**. *See Ashcroft*

16  *V. Iqbal*, **556 U.S. 662 (2009)**

In Los Angeles, C.A., this 16ᵗʰ day of Feb., 2025

/s/Ricardo J. Calderon Lopez, d/b/a
**Starlight Consulting Services**
*Pro Se*

1

**<u>Service of Process:</u>**

2

3      I, **<u>Ricardo Jose Calderón López</u>**, hereby certify that on this 16th day of
February, 2025, per **28 U.S.C. § 1746** plaintiffs filed the foregoing with the
4      Office of the Clerk at the U.S. District Court-Central District of California,
pursuant **§ 1915(a),** using the **ECF** service, provided to *Pro-Se* litigants.

5

6

State of C.A. Bar Association
7      845 S. Figueroa Street
Los Angeles, C.A. 90017
8      Tel. 213-765-1000

9

Jackson Lewis LLP
10     725 S. Figueroa Street, Ste. 2800
Los Angeles, C.A. 90017
11     Te. 213-689-0404

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

```
FILED
LOS ANGELES SUPERIOR COURT

MAY 2 6 2006

JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK
BY N. LEE, DEPUTY
```

RECEIVED
MAY 2 6 2006
DEPT X

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| RICARDO J. CALDERON LOPEZ | CASE NO.: SC088518 |
| Plaintiff, | [Assigned to the Honorable Lisa Hart-Cole, Department WE-X] |
| vs. | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS LITIGANT; (2) ORDER REQUIRING PLAINTIFF TO FURNISH SECURITY; (3) ENTRY OF PREFILING ORDER |
| FINLAY FINE JEWELRY, INC., | |
| Defendant. | Hearing Date:    May 25, 2004<br>Time:            9:00 a.m.<br>Department:      WE-X |
| | Complaint Filed: February 3, 2006<br>Trial Date:      None |

The motion of Defendant Finlay Fine Jewelry Corporation ("Defendant") for (1) determination that Plaintiff be deemed a vexatious litigant; (2) order requiring Plaintiff to furnish security; (3) entry of prefiling order; (4) order requiring Plaintiff to pay reasonable expenses including attorney's fees; and (5) order dismissing Plaintiff's complaint came on regularly for hearing on May 25, 2006 in Department WE-X of the Los Angeles Superior Court, the Honorable Lisa Hart-Cole, Judge

ORIGINAL

1

1    Presiding.  Plaintiff appeared pro per.  Silvia L. Porter appeared for Defendant.  The Court having

2    considered the papers submitted by the parties and after oral argument:

3        THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

4        1.    Plaintiff's motion to deem Plaintiff a vexatious litigant is granted, no relevant opposition

5            by Plaintiff having been filed.

6        2.    Plaintiff filed a previous case against the Defendant alleging the same causes of action

7            in case no. BC316239, which was dismissed with prejudice.  Plaintiff appealed the

8            dismissal, which was abandoned.

9        3.    Plaintiff then filed a small claims case against the same Defendant alleging the same

10           claim in case no. 05W02493, which was heard on the merits and judgment was entered

11           in favor the Defendant and against the Plaintiff.

12       4.    Plaintiff then filed this action alleging the same causes of action previously litigated,

13           against the same Defendant.

14       5.    The Court deems the Plaintiff a vexatious litigant within the meaning of CCP section

15           391(b)(2), finding that the Plaintiff has repeatedly relitigated the same claim or

16           controversy against the same Defendant against whom the litigation was finally

17           determined.  Plaintiff filed an opposition that addresses the merits of the action, but

18           does not address the issues raised in Defendant's motion.  Defendant's notice of non-

19           opposition is well-taken.

20       6.    Further, the Court finds that there is no reasonable probability that the Plaintiff will

21           prevail in the litigation against this Defendant.

22       7.    Plaintiff is, therefore, required and ordered to post a security of $7,500 to assure

23           payment to the Defendant of reasonable expenses for litigating this action.

24       8.    If within 10 days of this order the Plaintiff fails to furnish security in the amount of

25           $7,500, the complaint is dismissed as to Defendant without leave to amend.

26       9.    Defendant's motion for a pre-filing order is granted.  Plaintiff Ricardo J. Calderon

27           Lopez is prohibited from filing any new litigation with the court of the state in propria

28

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS

1    persona, without first obtaining leave of the presiding judge of the court where the

2    litigation is proposed to be filed.

3        IT IS SO ORDERED.

4

5    Dated: __5-26-06__    _____

                            Honorable Lisa Hart-Cole

6                           Judge of the Superior Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS

1

2    Dated:  May 25, 2006

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

JACKSON LEWIS LLP

By: _____
    Yvonne Arvanitis Fossati
    Silvia L. Porter

Attorneys for Defendant
FINLAY FINE JEWELRY CORPORATION

---

4

[PROPOSED] ORDER GRANTING DEFENDANT'S  MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| 3 | **CASE NAME:**  **Ricardo J. Calderon Lopez v. Finlay Fine Jewelry Corporation** |
| 4 | **CASE NUMBER:**  **BC 316239** |

1
**PROOF OF SERVICE**

2
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3
**CASE NAME:**   **Ricardo J. Calderon Lopez v. Finlay Fine Jewelry Corporation**

4
**CASE NUMBER:**    **BC 316239**

5
I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los

6
Angeles, California 90017-5408

7
On May 25, 2005, I served the foregoing document described as:

8
**[PROPOSED] ORDER GRANTING DEFENDANT'S  MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS LITIGANT; (2) ORDER REQUIRING**

9
**PLAINTIFF TO FURNISH SECURITY; (3) ENTRY OF PREFILING ORDER**

10
in this action by placing a true copy thereof in a sealed envelope addressed as follows:

11
**Plaintiff in Pro Per:**

12
Ricardo J. Calderon Lopez
30765 Pacific Coast Highway, #365

13
Malibu, CA 90265

14
[X]   **BY FEDERAL EXPRESS**  I deposited with Federal Express at a facility regularly maintained by Federal Express to receive documents in a package designated by Federal Express on the

15
foregoing date with delivery fees thereon fully prepaid at Los Angeles, California.

16
[X]   **BY MAIL**

17
[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

18

19
[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary

20
course of business. I am aware that on motion of the party served, service is presumed invalid

21
if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

22
[X]   **STATE**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

Executed on May 25, 2006 at Los Angeles, California.

24

25

26
Rick Bandes

27

28
H:\Client F\Finlay Fine Jewelry Corporation\Lopez\Pleadings (Case No. SC 088518)\Ntc of Non Opposition to Mtn for Vex. Lit..doc

5

[PROPOSED] ORDER GRANTING DEFENDANT'S  MOTION FOR (1) DETERMINATION THAT PLAINTIFF BE DEEMED A VEXATIOUS

MC-703

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Ricardo J. Calderón López
8601 Lincoln Blvd., Ste. 180
PMB #: 104
Los Angeles, C.A. 90045

TELEPHONE NO.: 310-481-4710    FAX NO. :
E-MAIL ADDRESS: ricardocalderonlopez@gmail.com
ATTORNEY FOR *(Name)*: Pro Se

☐ **COURT OF APPEAL,**      **APPELLATE DISTRICT, DIVISION**
☒ **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles

STREET ADDRESS: 1725 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Monica, C.A. 90401
BRANCH NAME:

PLAINTIFF/PETITIONER: Ricardo Jose Calderón López

| APPLICATION FOR ORDER TO VACATE PREFILING ORDER AND REMOVE PLAINTIFF/PETITIONER FROM JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST | CASE NUMBER:<br>SC088518 |
|---|---|

Important, please read: This application must be filed in the court that entered the prefiling order, either in the action in which the prefiling order was entered or in conjunction with a request to the presiding justice or presiding judge to file new litigation under Code of Civil Procedure section 391.7. If you have made an application to vacate a prefiling order that was denied, you may not make another application to vacate in any California court until at least 12 months after the denial.

1. I have been determined to be a vexatious litigant under the California Code of Civil Procedure section 391. This application requests that the court vacate its prefiling order and order my name removed from the statewide vexatious litigant list.

2. The prefiling order or orders were issued in the following case or cases *(list all)*:

   Court: Beverly Hills Courthouse      Court: _____

   Case Name: Calderon Lopez V. Finlay Fine      Case Name: _____

   Case Number: SC088518      Case Number: _____

   Date prefiling order entered: _____ 05/26/2006 _____      Date prefiling order entered: _____

   ☐ Continued on *Attachment* (form MC-025).

3. I request that the prefiling order be vacated under Code of Civil Procedure section 391.8. (Describe below the material change in the facts on which the order was granted and how the ends of justice would be served by vacating the order.)
   See Superior Court of C.A., case: Ricardo Calderón López V. Social Security Adm. No.: 21STCV23978.

☐ Continued on *Attachment* (form MC-025).

**Page 1 of 2**

Form Approved for Optional Use
Judicial Council of California
MC-703 [rev. January 1, 2014]

**APPLICATION FOR ORDER TO VACATE PREFILING
ORDER AND REMOVE PLAINTIFF/PETITIONER FROM
JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST**

Code of Civil Procedure, § 391.8
*www.courts.ca.gov*

CEB **www.ceb.com**

MC-703

| PLAINTIFF/PETITIONER:<br>Ricardo Jose Calderón López | CASE NUMBER:<br>SC088518 |
| --- | --- |

4. [X]  I have not made an application for an order to vacate a prefiling order in the last 12 months.

5. *On Attachment* (form MC-025) is a list of every case filed in the last five years in which I've been a plaintiff, cross-complainant, or defendant, the approximate number of motions I filed in each case, and the number of requests for new litigation that I have filed. *(Include case name, case number, court in which filed, and date filed.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| JULY 22, 2021 | Ricardo J. Calderón López | |
| --- | --- | --- |
| (DATE) | (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |